LEONARDO M. RAPADAS
United States Attorney
BEVERLY R. McCALLUM
Assistant United States Attorney
District of the Northern
    Mariana Islands
Horiguchi Building; Third Floor
P.O. Box 500377
Saipan, MP 96950
Tel: (670) 236-2980
Fax: (670) 236-2985

F I L E D
Clerk
District Court

MAY 1 5 2008

For The Northern Mariana Islands
By_____
    (Deputy Clerk)

UNITED STATES DISTRICT COURT
DISTRICT OF THE NORTHERN MARIANA ISLANDS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DOMINIC CHPTWELONG,
MASAIOSHY DAIKICHI SALLEM, and
JAMES OCHCHA,

    Defendants.

Case No.: CR 08-00017-003

**CERTIFICATE OF SERVICE**

I hereby certify that on May 15, 2008, I hand delivered copies of the Government's Motion to Correct Indictment as to Count III, and accompanying Memorandum of Points and Authorities, to the Clerk of Court, G. Anthony Long, Esq., and Steven P. Pixley, Esq., since according to the office of the Clerk of Court, it is not possible at present to file the documents using the CM/ECF system. I further certify that on May 15, 2008, I caused to be served by hand delivery, copies of the aforementioned documents to the following non-registered participant: United States Probation Officer Melinda Brunson. It was not possible to serve a

1

copy of the aforementioned documents on defendant James Ochcha, as his whereabouts are currently unknown.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the Northern Mariana Islands

*/s/ Beverly R. McCall*
BEVERLY R. McCALLUM
Assistant United States Attorney
E-mail: beverly.mccallum@usdoj.gov