FILED
Clerk
District Court

MAY 15 2008

MINUTES OF THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

For The Northern Mariana Islands
By_____
(Deputy Clerk)

CR-08-00017-001                                              May 15, 2008
                                                             3:00 p.m.

**UNITED STATES OF AMERICA -vs- DOMINIC CHIPWELONG**

PRESENT:   HON. ALEX R. MUNSON, CHIEF JUDGE PRESIDING
           K. LYNN LEMIEUX, COURTROOM DEPUTY
           SANAE SHMULL, COURT REPORTER
           BEVERLY MC CALLUM, ASSISTANT U.S. ATTORNEY
           G. ANTHONY LONG, COURT-APPOINTED ATTORNEY
           DOMINIC CHIPWELONG, DEFENDANT
           GEORGE HASSELBACK, COURT APPOINTED ATTORNEY

PROCEEDINGS:   INITIAL APPEARANCE/ARRAIGNMENT

Defendant **DOMINIC CHIPWELONG** appeared with court appointed counsel, Attorney George Hasselback. Government was represented by Beverly McCallum, AUSA.

Court, after having reviewed the defendant's financial affidavit, determined that the defendant qualified for court-appointed counsel and appointed Attorney George Hasselback nunc pro tunc.

It was determined that the correct spelling of the defendant's last name is **CHIPWELONG**. Court so noted.

Defense stated that they were ready to proceed with the Arraignment.

Defendant was sworn and advised of his constitutional rights.

Defendant waived reading of the indictment and pled **NOT GUILTY** to the charges against him. Court set jury trial for **July 14, 2008 at 9:00 a.m.** Pretrial motions shall be filed by **May 29, 2008.**

Government requested detention at this time so that an investigation into his status on island could be obtained. Attorney Hasselback argued on behalf of his client. Court ordered no bail at this time without prejudice.

Defendant was remanded back into the custody of the U.S. Marshal.

Adj. 3:15 p.m.

/s/ K. Lynn Lemieux, Courtroom Deputy