F I L E D
Clerk
District Court

MAY 15 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CRIMINAL CASE NO. 08-00017-001 |
| ) | |
| -v- ) | |
| ) | |
| DOMINIC CHIPWELONG, ) | O R D E R |
| ) | SETTING TRIAL DATE |
| Defendant. ) | |
| _____ ) | |

**IT IS HEREBY ORDERED** that the jury trial herein shall commence on **MONDAY, JULY 14, 2008 at 9:00 a.m.**

IT IS FURTHER ORDERED that pretrial motions shall be filed no later than **THURSDAY, MAY 29, 2008, pursuant to Local Rule LCrR 12.1.**

IT IS FURTHER ORDERED that the following shall be filed with this Court no later than seven (7) days prior to trial:

1)   Proposed jury voir dire questions;

2)   A joint exhibit list - (Government's exhibits numbered; Defendant's exhibits lettered)(One original and three copies for the Court);

3)   A complete set of marked exhibits (with a three copies for the Court);

4)   Proposed verdict forms;

5)   Witness lists for purposes of voir dire only. (Witness lists shall include: legal names, aliases, nicknames, place of residence and place of employment), (One original and three copies for the Court);

AO 72
(Rev. 08/82)

6) Proposed jury instructions. (Those jury instructions upon which agreement cannot be reached shall be submitted in a separate packet, together with the objections and authority therefore of each party.)

Dated this 15th day of May, 2008

_____
ALEX R. MUNSON
Chief Judge