FILED
Clerk
District Court

MAY 16 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

# THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DOMINIC CHPTWELONG, *et al.*,

    Defendants.

                                            /

Case No. CR 08-0017

**ORDER GRANTING MOTION
TO CORRECT INDICTMENT**

      NOW BEFORE the court is the Government's motion to correct a typographical error in Count III of the original indictment. Count III of the original indictment incorrectly cited to "Title 21" of the United States Code. The citation should have been to "Title 18." The Court finds that the affected count closely tracks the statutory language and elements of the correct offense and that the technical confusion will not have prejudiced the Defendant. Accordingly, the motion is GRANTED. The Court has made the required changes to the original indictment.

**IT IS SO ORDERED.**

Dated: 5-16-08

*/s/ Alex R. Munson*
ALEX R. MUNSON
UNITED STATES DISTRICT JUDGE

AO 72
(Rev. 08/82)