LEONARDO M. RAPADAS
United States Attorney
BEVERLY R. McCALLUM
Assistant United States Attorney
District of the Northern
    Mariana Islands
Horiguchi Building; Third Floor
P.O. Box 500377
Saipan, MP 96950
Tel: (670) 236-2980
Fax: (670) 236-2985

# UNITED STATES DISTRICT COURT
## DISTRICT OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> DOMINIC CHPTWELONG, *et al.*, <br><br> Defendants. | Case No.: CR 08-00017 <br><br> **CERTIFICATE OF SERVICE** |

I hereby certify that on May 21, 2008, I electronically filed the parties' Stipulated Motion to Continue Deadline for Pre-trial Motions with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following: George L. Hasselback, Esq., at dbanes@saipan.com; Steven P. Pixley, Esq., at sppixley@aol.com; and Robert T. Torres, Esq., at rttlaw@pticom.com.

                                    LEONARDO M. RAPADAS
                                    United States Attorney
                                    Districts of Guam and the Northern Mariana Islands

                                     /s/ *Beverly R. McCallum*
                                    BEVERLY R. McCALLUM
                                    Assistant United States Attorney
                                    E-mail: beverly.mccallum@usdoj.gov