AO 442 (Rev. 12/85) Warrant for Arrest

**ORIGINAL**

# United States District Court

DISTRICT OF __the Northern Mariana Islands__

**FILED** Clerk

MAY 27 2008

For The Northern Mariana Islands
By _____
(Deputy Clerk)

UNITED STATES OF AMERICA,

   Plaintiff,

  V.

**WARRANT FOR ARREST**

**DOMINIC CHPTWELONG,**
**DOB: 1983,**

CASE NUMBER: **CR 08 - 00017**

   Defendant.

To: The United States Marshal
  and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   **DOMINIC CHPTWELONG, DOB: 1983**
                       Name

and bring him forthwith to the nearest magistrate to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him with (brief description of offense)

**Conspiracy to Sell Government Property**
**Theft of Government Property**

**RECEIVED**

MAY 14 2008

US MARSHALS SERVICE-CNMI

in violation of Title **18**, United States Code, Section(s) **371 and 641**
in violation of Title **18**, United States Code, Section(s) **641**
and in violation of Title ____, United States Code, Section(s) _____

Bail fixed at $ **2,500**   by  _Alex R Munson_
                  Name of Judicial Officer

**HONORABLE ALEX R. MUNSON**
Name of Issuing Officer

_Alex R Munson_
Signature of Issuing officer

**UNITED STATES DISTRICT JUDGE**
Title of Issuing Officer

**SAIPAN, CNMI**
Date and Location

| RETURN |||
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ SAIPAN, MP |||
| DATE RECEIVED 05-14-08 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 05-15-08 | JOE AUTHER FBI SA | NHall FOR J.A. |

AO 442 (Rev. 12/85) Warrant for Arrest

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____  WEIGHT: _____

SEX: _____  RACE: _____

HAIR: _____  EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

INVESTIGATIVE AGENCY AND ADDRESS: _____