**GEORGE L. HASSELBACK**
**O'CONNOR BERMAN DOTTS & BANES**
**Second Floor, Nauru Building**
**P.O. Box 501969**
**Saipan, MP 96950-1969**
**Telephone No. (670) 234-5684**
**Facsimile No. (670) 234-5683**

*Attorneys for Defendant*
  *Dominic Chipwelong*

### IN THE UNITED STATES DISTRICT COURT
### OF THE
### COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 08-00017 |
| Plaintiff, ) | |
| v. ) | APPLICATION FOR BAIL MODIFICATION |
| DOMINIC CHIPWELONG, ) MASAIOSHY DAIKICHI SALLEM, and ) JAMES OCHCHA, ) | Date:  June 2, 2008<br>Time:  9:00 am<br>Judge: Hon. Alex R. Munson |
| Defendants. ) | |

Comes now Defendant Dominic Chipwelong, through counsel, and hereby moves the court to modify the $2,500.00 cash bail previously set in this case, as follows:

Convert the requirement of $2,500.00 cash bail to an unsecured appearance bond in the amount of $2,500.00, as Defendant lacks the financial means to provide $2,500.00 cash bail. Furthermore, to allow the release of Defendant to the custody and supervision of Josephine C. Balicanta, willing and able to assume the duties and responsibilities of third-party custodian of Defendant.

All other terms and conditions of release would remain unchanged.

Dated:  May 29, 2008                              Respectfully submitted,

                                                 O'CONNOR BERMAN DOTTS & BANES


                                                 _____/s/_____
                                                 GEORGE L. HASSELBACK, ESQ.