GEORGE L. HASSELBACK
O'CONNOR BERMAN DOTTS & BANES
Second Floor, Nauru Building
P.O. Box 501969
Saipan, MP 96950-1969
Telephone No. (670) 234-5684
Facsimile No. (670) 234-5683

*Attorneys for Defendant*
*Dominic Chipwelong*

**F I L E D**
Clerk
District Court

MAY 3 0 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

### IN THE UNITED STATES DISTRICT COURT
### OF THE
### COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL CASE NO. 08-00017 |
| Plaintiff, | |
| v. | *GRM* |
| DOMINIC CHIPWELONG, MASAIOSHY DAIKICHI SALLEM, and JAMES OCHCHA, | ~~[PROPOSED]~~ ORDER |
| Defendants. | |

This Court shall conduct a hearing on June 2, 2008 at ~~9:00~~ *10:30* a.m. to consider Defendant Dominic Chipwelong's Application for Bail Modification.

SO ORDERED. *5-30-08*_____.

Dated:   May 29, 2008.

_____
HON. ALEX R. MUNSON
Judge, NMI District Court

K:\George Hasselback\Cases\COURT APPOINTED\2019-281-USA v. Dominic Chipwelong\Pleadings\080529-ProposedOrder-miu.doc

1