MINUTES OF THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CR-08-00017-001                                                                June 2, 2008
                                                                               10:45 a.m.


**UNITED STATES OF AMERICA  -vs- DOMINIC CHIPWELONG**


PRESENT:    HON. ALEX R. MUNSON, CHIEF JUDGE  PRESIDING
            K. LYNN LEMIEUX, COURTROOM DEPUTY
            SANAE SHMULL, COURT REPORTER
            BEVERLY MCCALLUM, ASSISTANT U.S. ATTORNEY
            DOMINIC CHIPWELONG, DEFENDANT
            GEORGE HASSELBACK, COURT-APPOINTED ATTORNEY


PROCEEDINGS:  DEFENDANT'S MOTION TO MODIFY BAIL

Defendant appeared with counsel, Attorney George Hasselback.  Government was represented by Beverly McCallum,  Assistant United States Attorney.  Also present, Melinda Brunson, U.S. Probation Officer.

Attorney Hasselback argued for the defendant's modification of bail.

Attorney Hasselback called a witness for a potential third-party custodian:

**JOSEPHINE BALICANTA**.   DX. CX.

Government does not object to the third-party custodian.

Court ordered the defendant released on the following terms and conditions:

The defendant shall be in the custody of third-party cusodian; Ms. Josephine Balicanta and shall abide by the following:

1)   That the defendant shall submit to pretrial services supervision under the direction of the United States Probation Office and abide by all standard conditions  and that he must report at any time as requested;

2)   That the defendant shall surrender his passport and any other travel documents  and not obtain any other travel documents or passport;

3) That the defendant refrain from possessing firearms, destructive device, or other dangerous weapons, or to have at residence;

4) That the defendant shall refrain from any and all alcohol and shall not have any alcohol;

5) That the defendant refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 USC 802, unless prescribed by a licensed medical practitioner in the Commonwealth;

6) That the defendant reside with the third-party custodian and not relocate his residence without first notifying the Court. The third party-custodian shall report any violation of defendant's release conditions to the United States Probation Office at telephone number 236-2990;

7) The defendant must not leave the island of Saipan without written permission from the Court;

8) That the defendant shall refrain from any contact with any witness or victim in this case unless in the presence of his attorney and for the purpose of preparing for his defense:

9) That the defendant shall report any contact with law enforcement personnel to the U.S. Probation Office;

10) That the defendant shall post a $5,000 unsecured bond; and

11) That the defendant be allowed to attend to his father on a daily basis from 5:00 a.m. to 3:00 p.m. (allowing for travel time to and from the residence). That there shall be no weapons at his father's house and that the defendant is restricted only to his father's residence during this time.

Defendant was remanded back into the custody of the U.S. Marshal pending the processing of his release papers.

Adjourned at 11:10 a.m.

/s/ K. Lynn Lemieux, Courtroom Deputy