PS 40
(REV. 6/05)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTHERN MARIANA ISLANDS

**NOTICE REGARDING UNITED STATES PASSPORT FOR CRIMINAL DEFENDANT**

| | | | |
|---|---|---|---|
| **TO:** | United States Department of State<br>Office of Passport Policy and Advisory Services<br>2100 Pennsylvania Avenue, NW, 3rd Floor<br>Washington, D.C. 20037 | **FROM:** | Melinda N. Brunson, U.S. Probation Officer<br>District of the Northern Mariana Islands<br>P.O. Box 502089<br>Saipan, MP 96950 |

FILED
Clerk
District Court

JUN 1 1 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

[X] **Original Notice**          [ ] **Notice of Disposition**

Date: **June 2, 2008**           Date: _____

By: **Chief Judge Alex Munson**  By: _____

---

Defendant: **Dominic Daikichi Chipwelong**     Case Number: **08-00017-001**

Date of Birth: **xx-xx-1983**                  Place of Birth: **Saipan, MP**

SSN: **xxx-xx-1179**

===============================================================================

**NOTICE OF COURT ORDER** (Order Date:  **June 2, 2008**  )


[X] The above-named defendant is not permitted to apply for the issuance of a passport during the pendency of this action.

[ ] The above-named defendant surrendered Passport Number _____ to the custody of the **U.S. District Court for the NMI.**

---

**NOTICE OF DISPOSITION**

The above case has been disposed of and the above order of the court is no longer in effect.

[ ] Defendant not convicted.

[ ] Defendant convicted.

---

Distribution:
Original to Clerk of Court
Original to Case File
Department of State
   [ ] Not Convicted - Document returned to defendant.
   [ ] Not Convicted - Document enclosed for further investigation due to evidence that the document may have been issued in a false name.
   [ ] Convicted - Document and copy of Judgment enclosed.
Defendant (or representative)