LEONARDO M. RAPADAS
United States Attorney
BEVERLY R. McCALLUM
Assistant United States Attorney
District of the Northern
    Mariana Islands
Horiguchi Building; Suite 300
P.O. Box 500377
Saipan, MP 96950
Tel: (670) 236-2980
Fax: (670) 236-2985

UNITED STATES DISTRICT COURT

DISTRICT OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| United States of America,<br><br>            Plaintiff,<br><br>  v.<br><br>DOMINIC CHIPWELONG, *et al.*<br><br>            Defendants. | No.: CR-08-00017<br><br>**MOTION TO CONTINUE TRIAL**<br><br>(First Request) |

       The United States, by and through undersigned counsel, respectfully moves this Court to continue the trial in the above-captioned matter, which is currently set for Monday, July 14, 2008, at 9:00 a.m., until Tuesday, October 14, 2008, at 9:00 a.m. Defendant Dominic Chipwelong has signed a plea agreement with the United States and is set to enter a change of plea at a hearing on Thursday, July 3, 2008, at 9:00 a.m. Likewise, Defendant James Ochcha has signed a plea agreement and is set to enter his change of plea at a hearing on Tuesday, July 1, 2008, at 9:00 a.m. The remaining defendant, Masaioshy Daikichi Sallem, is still considering a plea offer from the government.

       Defendant Sallem is a citizen of the Federated States of Micronesia. Were he convicted of the charged offenses, he would face probable deportation. Under these circumstances, it is in the interests of justice for Defendant Sallem to have more time to consider the government's plea offer.

Accordingly, a hearing has been set for Thursday, July 3, 2008, at 9:30 a.m., in order for Defendant Sallem to waive his right to a speedy trial. Attorneys George L. Hasselback, Steven P. Pixley, and Robert T. Torres, were consulted on June 30, 2008, and expressed no objection to the requested continuance.

Respectfully submitted this 1st day of July, 2008.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and
the Northern Mariana Islands


  s/ *Beverly R. McCallum*
BEVERLY R. McCALLUM
Assistant United States Attorney