MINUTES OF THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

CR-08-00017                                                                July 3, 2008
                                                                            9:20 a.m.

**UNITED STATES OF AMERICA  -v- DOMINIC CHIPWELONG**

PRESENT:    HON. ALEX R. MUNSON, JUDGE PRESIDING
            K. LYNN LEMIEUX, COURT ROOM DEPUTY
            SANAE N. SHMULL, COURT REPORTER
            BEVERLY MC CALLUM, ASSISTANT U.S. ATTORNEY
            GEORGE HASSELBACK, ATTORNEY FOR DEFENDANT
            DOMINIC CHIPWELONG, DEFENDANT

PROCEEDINGS:   **CHANGE OF PLEA**

Defendant appeared with counsel, Attorney George Hasselback.  Government was represented by Beverly McCallum, AUSA. Also present was Margarita Wonenburg, U.S. Probation Officer.

Defendant was sworn and examined as to his understanding of his constitutional rights, his right to trial and his understanding of the Plea Agreement.

Court reviewed every element of the Plea Agreement with the Defendant.  Government reported to the Court what they would be able to prove if this matter proceeded to trial.  Defendant entered a plea of **GUILTY to Count I and Count II.**  Court found that the defendant was fully competent to enter knowing and voluntary pleas.  Court accepted the pleas and the Plea Agreement.

Court ordered a Presentence Investigation Report be submitted by September 2, 2008 and that the **Sentencing hearing be set for Tuesday, October 7, 2008 at 9:30 a.m.**

Court ordered the defendant remain at liberty on the same terms and conditions as previously set.

Adjourned at 9:50 a.m.

/s/K. Lynn Lemieux, Courtroom Deputy