**ORIGINAL**                                                                 1

N THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

```
UNITED STATES OF AMERICA,        ) CRIMINAL CASE NO. 08-00017-001
                                 )
          Plaintiff,             ) Garapan, Saipan
                                 ) Thursday, July 3, 2008
     vs.                         )
                                 ) CHANGE OF PLEA        F I L E D
DOMINIC DAIKICHI CHIPWELONG,     )                         Clerk
                                 )                     District Court
          Defendant.             )
                                 )                       AUG - 4 2008
```

For The Northern Mariana Islands
By_____
                    (Deputy Clerk)

**BEFORE THE HONORABLE ALEX R. MUNSON**
**CHIEF JUDGE, UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN MARIANA ISLANDS**

**APPEARANCES:**

For Plaintiff:      Beverly R. McCallum
                    Assistant United States Attorney
                    MARIANAS DISTRICT
                    Horiguchi Building, Third Floor
                    P. O. Box 500377
                    Saipan, MP  96950-0377
                    Telephone: (670) 236-2979
                    Facsimile: (670) 236-2945


For Defendant:      George Hasselback
                    Attorney at Law
                    O'Connor, Berman, Dotts & Banes
                    P. O. Box 501969
                    Saipan, MP  96950-1969
                    Telephone: (670) 234-5684/85
                    Facsimile: (670) 234-5683


Also Present:       Defendant Dominic D. Chipwelong

---

SANAE N. SHMULL
Official Court Reporter
P. O. Box 5128
Saipan, MP 96950-5128