ORIGINAL

◎AO 442   (Rev. 5/93) Warrant for Arrest

# United States District Court
## District of the Northern Mariana Islands

FILED
Clerk
District Court
AUG 15 2008
For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES OF AMERICA

V.

DOMINIC D. CHIPWELONG

**WARRANT FOR ARREST**

CASE NUMBER: CR 08-00017-001

RECEIVED
AUG 15 2008
US MARSHALS SERVICE-CNMI

To: The United States Marshal
and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest   DOMINIC D. CHIPWELONG
                                          Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☑ Probation Violation Petition

charging him or her with  (brief description of offense)

Mandatory Condition:  The defendant shall not commit any offense in violation of federal, state, or local law while on release in this case.;
Standard Condition:   The defendant shall remain in the custody of a designated person, who agrees to assume supervision and to report any violation of release condition to the court;
Standard Condition:   The defendant shall refrain from any use of alcohol;
Standard Condition:   The defendant shall report as soon as possible, to the pretrial services officer any contact with law enforcement personnel;
Special Condition:    The defendant shall be allowed to attend to his father on a daily basis from 5:00am to 3:00pm (allowing for travel time to and from the residence).

in violation of Title   18   United States Code, Section(s)   3142(c)(A), (c)(B)(i), (c)(B)(xiv)

| David A. Wiseman | Designated Judge, U.S. District Court, NMI |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| [signature] | August 15, 2008   Garapan, Saipan |
| Signature of Issuing Officer | Date and Location |

Bail fixed at $ NO BAIL         by Honorable, David A. Wiseman, Designated Judge
                                   Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at USDC NMI
Horiguchi Bld, Garapan Village - Saipan (Self Surrender)

| DATE RECEIVED 08-15-08 | NAME AND TITLE OF ARRESTING OFFICER W. M. Calvert CIDUSM #3086 USMS D/NMI | SIGNATURE OF ARRESTING OFFICER [signature] |
|---|---|---|
| DATE OF ARREST 08-15-08 | | |