# MINUTES OF THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

CR-08-00017-001

August 15, 2008
3:25 p.m.

**UNITED STATES OF AMERICA -v- DOMINIC CHIPWELONG**

PRESENT:   HON. DAVID A. WISEMAN, DESIGNATED JUDGE PRESIDING
K. LYNN LEMIEUX, COURTROOM DEPUTY
TINA MATSUNAGA, COURT REPORTER
BEVERLY MC CALLUM, ASSISTANT U.S. ATTORNEY
GEORGE HASSELBACK, ATTORNEY FOR DEFENDANT
DOMINIC CHIPWELONG, DEFENDANT

PROCEEDINGS: REVOCATION HEARING

Defendant was present with court appointed counsel, Attorney Hasselback. Government was represented by Beverly McCallum, AUSA and U. S. Probation Officer, Melinda Brunson.

Government moved to revoke the defendant's liberty and that he be taken into custody with no bail.

Defense stated that the defendant did admit to violations.

Court ordered that the defendant's liberty be revoked.

Defendant was remanded into the custody of the U.S. Marshal with a $10,000 cash bail.

Adj. 3:30 p.m.

By: _____/s/_____
K. Lynn Lemieux, Courtroom Deputy